CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 14 2016

JULIA C. DUDLEY, CLERK
BY: HMcDonald
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GARY WALL, | ) | Civil Action No. 7:15-cv-00097 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| JEFFERY ARTRIP, <u>et al.</u>, | ) | By:   Hon. Jackson L. Kiser |
|     Defendants. | ) |        Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Defendants' motions for summary judgment are **GRANTED** for the federal claims;

Plaintiff's motions for summary judgment are **DENIED** for the federal claims; and I decline to

exercise supplemental jurisdiction over any state law claim pursuant to 28 U.S.C. § 1367(c)(3).

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion

to the parties.

**ENTER**: This 14th day of September, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge